1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    MATTHEW M. SCOBLE, #237432
     Assistant Federal Defender
3    Designated Counsel for Service
     801 I Street, 3rd Floor
4    Sacramento, CA  95814
     Telephone: (916) 498-5700
5
     Attorney for Defendant
6    HUGO LOPEZ-MUNOZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No. 13-cr-113 LKK
                                        )
          Plaintiff,                    )   STIPULATION AND ORDER TO CONTINUE
12                                      )   STATUS CONFERENCE AND EXCLUDE
     v.                                 )   TIME
13                                      )
     HUGO LOPEZ-MUNOZ,                   )   Date:   December 17, 2013
14                                      )   Time:   9:15 a.m.
          Defendant.                    )   Judge:  Honorable Lawrence K. Karlton
15                                      )

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18   respective counsel, Nirav Desai, Assistant United States Attorney, attorney for Plaintiff, and

19   Matthew M. Scoble, attorney for HUGO LOPEZ-MUNOZ, that the status conference date of

20   December 3, 2013 be continued to December 17, 2013 at 9:15 a.m.

21        The reason for this continuance is because counsel needs additional time for further

22   investigation and to examine possible defenses with the defendant.

23        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

24   should be excluded from the date of signing of this order through and including December 17,

25   2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

26   Code T4 based upon continuity of counsel and defense preparation.

     / / /
27
     / / /
28

     Stipulation to Continue            -1-              *US v. Lopez-Munoz, 13-cr-113 LKK*

DATED: November 21, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for HUGO LOPEZ-MUNOZ


DATED: November 21, 2013

BENJAMIN B. WAGNER
United States Attorney


*/s/ Matthew M. Scoble for*
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 3, 2013 status conference is continued to December 17, 2013 at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 17, 2013 hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: November 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT